UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHEVIZE KING,

    Defendant.

_____/

Case No. 17-cr-20332
Hon. Matthew F. Leitman

## ORDER WAIVING COSTS OF ELECTRONIC MONITORING

On September 10, 2020, the Court granted Defendant Chevize King's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (*See* Order, ECF No. 44.) In that order, the Court added as a condition of King's supervised release that he be subject to "electronic monitoring." (*Id.*, PageID.673.) Due to King's indigence, the Court **WAIVES** the costs associated with that monitoring.

In all other respects, the Court's August 20, 2020, order remains unchanged.

    **IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: January 11, 2021

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761
